# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SAGUARO RANCH DEVELOPMENT CORPORATION | | |
| **Case Number:** | 4:09-BK-02490-EWH | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 10, 2009 10:45 AM COURTROOM 446 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## *Matters:*

1) **ADV: 4-09-00524**

**COURTLAND  GETTEL & CGTS, LLC vs SAGUARO RANCH DEVELOPMENT CORPORATION & TITLE SECURITY AGENCY OF ARIZONA AS TRUS**
STATUS CONFERENCE AND MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS 4:09-AP-00524-EWH, 4:09-AP-00525-EWH AND 4:09-AP-01257 FILED BY JEFFREY H GREENBERG OF STUBBS & SCHUBART PC ON BEHALF OF CGTS, LLC, COURTLAND GETTEL.
**R / M #:**   17 / 0

2) **ADV: 4-09-00525**

**COURTLAND GETTEL vs SAGUARO RANCH DEVELOPMENT CORPORATION**
STATUS CONFERENCE ON ADVERSARY PROCEEDING.
**R / M #:**   0 / 0

3) **ADV: 4-09-01257**

**STEVEN  BLOMQUIST & TIMOTHY  BLOWERS & THERESA  CHAMBERLAIN & SHARYL  CUMMINGS vs SAGUARO RANCH DEVELOPMENT CORPORATION**
STATUS CONFERENCE ON ADVERSARY PROCEEDING.
**R / M #:**   1 / 0

4) **ADV: 4-09-01257**

**STEVEN  BLOMQUIST & TIMOTHY  BLOWERS & THERESA  CHAMBERLAIN & SHARYL  CUMMINGS vs SAGUARO RANCH DEVELOPMENT CORPORATION**
MOTION FOR JOINT ADMINISTRATION WITH RELATED ADVERSARY PROCEEDINGS: BLOMQUIST ET. AL. V. EXTRA ROOM, INC. UNDER ADV. NO. 4:09-AP-01262-EWH AND BLOMQUIST ET. AL. V. STEPHEN DANIEL PHINNY, UNDER ADV. NO. 4:09-AP-01263-EWH FILED BY ERIC SLOCUM SPARKS OF ERIC SLOCUM SPARKS PC ON BEHALF OF SAGUARO RANCH DEVELOPMENT CORPORATION.
**R / M #:**   3 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR SAGUARO RANCH DEVELOPMENT CORPORATION
JEFFREY H GREENBERG, ATTORNEY FOR CGTS, LLC, AND COURTLAND  GETTEL
STEVEN WEEKS, ATTORNEY FOR SHARYL  CUMMINGS, STEVEN  BLOMQUIST, THERESA  CHAMBERLAIN, AND TIMOTHY  BLOWERS

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Proceedings:*

ITEM #1

Court informs Mr. Sparks that it cannot jointly administer the adversary cases but can consolidate the hearings.

Mr. Sparks responds.

Mr. Greenberg states his claim is a claim for damages.

Mr. Sparks states that they likewise have a counterclaim against Mr. Gettel.  He thinks these are separate matters that need to be resolved one at a time.

Mr. Greenberg argues in support of the motion to consolidate.  His intention would be to file a motion to join in the pending motion for summary judgment that is now before the court in the Blomquist case.

Mr. Weeks responds they have no problem with Mr. Greenberg joining in this endeavor.  They have another lawsuit against the Town of Marana based off the same easement and their attempt at abandonment.  He understands Marana will file a dispositive motion in the next two weeks.  Once the motion is filed it could have a direct impact on the proceedings in bankruptcy court.  He does not see any delay that will be caused by the joinder.

COURT WILL ALLOW THE MOTION TO CONSOLIDATE.  Counsel to upload the form of order.

Court addresses a motion for summary judgment that is pending.

Mr. Weeks would like to wait to see what happens with the Town of Marana case before setting any deadlines.

Mr. Sparks agrees.


ITEM #4, 2 AND 3

Court asks Mr. Sparks about the Motion For Joint Administration.

Mr. Sparks states it is all part of the plan of reorganization.  There is no use in doing these separately.

COURT:  THE MOTION IS GRANTED.   A CONTINUED STATUS CONFERENCE IS SET ON ALL OF THE COMPLAINTS FOR THURSDAY, JANUARY 7, 2010 AT 11:00 A.M.  THE MATTERS IN EXTRA ROOM A09-1262 AND STEPHEN PHINNY A09-1263 HAVE BEEN DISPOSED OF.