**STUBBS & SCHUBART, P. C.**
ATTORNEYS AND COUNSELLORS AT LAW
340 NORTH MAIN AVENUE
TUCSON, ARIZONA 85701
(520) 623-5466

JEFFREY H. GREENBERG
PIMA COUNTY COMPUTER NO: 21764
STATE BAR NO: 7661
JGREENBERG@STUBBSSCHUBART.COM

ATTORNEYS FOR PLAINTIFFS GETTEL AND CGTS, L.L.C.

# THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| *In Re:* | Case No: 4:09-bk-02490-EWH |
| SAGUARO RANCH DEVELOPMENT CORPORATION, | *[Chapter 11 Proceedings]* |
| Debtor. | |

*OTHER JOINTLY ADMINISTERED DEBTORS*

| | |
|---|---|
| PCC INVESTMENTS, LLC, | 4:09-bk-02484-EWH |
| SAGUARO GUEST RANCH MANAGEMENT CORPORATION, | 4:09-bk-02489-EWH |
| SAGUARO RANCH INVESTMENTS, LLC | 4:09-bk-02492-EWH |
| SAGUARO RANCH REAL ESTATE CORPORATION, | 4:09-bk-02494-EWH |

| | |
|---|---|
| COURTLAND GETTEL, a married man as his sole and separate property; and CGTS, L.L.C., an Arizona limited liability company, | Adv. No.: 4:09-ap-00524-EWH |
| Plaintiffs, | **NOTICE OF LODGING** |
| vs. | |
| TITLE SECURITY AGENCY OF ARIZONA AS TRUSTEE OF TRUST 773; and SAGUARO RANCH DEVELOPMENT CORPORATION, an Arizona Corporation, | |
| Defendants. | |

| | |
|---|---|
| COURTLAND GETTEL, a married man as his sole and separate property,<br><br>Plaintiff,<br><br>vs.<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION, an Arizona Corporation,<br><br>Defendant. | Adv. No.: 4:09-ap-00525-EWH |
| STEVEN BLOMQUIST, an individual, TIMOTHY BLOWERS, an individual, THERESA CHAMBERLAIN, an individual, and SHARYL CUMMINGS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION, an Arizona Corporation,<br><br>Defendant. | Adv. No.: 4-09-ap-01257-EWH |

Notice is hereby given that the attached proposed form of Order has been lodged with the Court on the date indicated below.

DATED this 11th day of December, 2009.

**STUBBS & SCHUBART, P. C.**

By: /s/ Jeffrey H. Greenberg
JEFFREY H. GREENBERG

Copy of the foregoing
mailed this 15th day
of December, 2009, to:

Michael Baldwin, Esq.
LAW OFFICE OF MICHAEL BALDWIN, PLC
PO Box 35487
Tucson, Arizona 85740
Attorney for Steven Blomquist et al

Eric Sparks, Esq.
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 S. Church Ave., #2270
Tucson, Arizona 85701
Counsel for Debtors

STUBBS & SCHUBART, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
340 NORTH MAIN AVENUE
TUCSON, AZ 85701
(520) 623-5466

- 2 -

NOTICE OF LODGING

Case 4:09-ap-01257-EWH   Doc 9   Filed 12/15/09   Entered 12/15/09 14:11:23   Desc
Main Document    Page 2 of 3

1  Christopher J. Pattock, Esq.
   United States Trustee
2  230 N. First Ave., #204
   Phoenix, Arizona 85003

3

4  /s/ Vivian Bozich

STUBBS & SCHUBART, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
340 NORTH MAIN AVENUE
TUCSON, AZ 85701
(520) 623-5466

- 3 -    NOTICE OF LODGING

Case 4:09-ap-01257-EWH   Doc 9   Filed 12/15/09   Entered 12/15/09 14:11:23   Desc
Main Document    Page 3 of 3