# THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

*In Re:*

SAGUARO RANCH DEVELOPMENT CORPORATION,

    Debtor.

Case No: 4:09-bk-02490-EWH
*[Chapter 11 Proceedings]*

*OTHER JOINTLY ADMINISTERED DEBTORS*

| | |
|---|---|
| PCC INVESTMENTS, LLC, | 4:09-bk-02484-EWH |
| SAGUARO GUEST RANCH MANAGEMENT CORPORATION, | 4:09-bk-02489-EWH |
| SAGUARO RANCH INVESTMENTS, LLC | 4:09-bk-02492-EWH |
| SAGUARO RANCH REAL ESTATE CORPORATION, | 4:09-bk-02494-EWH |

COURTLAND GETTEL, a married man as his sole and separate property; and CGTS, L.L.C., an Arizona limited liability company,

    Plaintiffs,

vs.

TITLE SECURITY AGENCY OF ARIZONA AS TRUSTEE OF TRUST 773; and SAGUARO RANCH DEVELOPMENT CORPORATION, an Arizona Corporation,

    Defendants.

Adv. No.: 4:09-ap-00524-EWH

**ORDER GRANTING MOTION TO CONSOLIDATE**

COURTLAND GETTEL, a married man as his sole and separate property,

    Plaintiff,

vs.

SAGUARO RANCH DEVELOPMENT CORPORATION, an Arizona Corporation,

    Defendant.

Adv. No.: 4:09-ap-00525-EWH

| | |
|---|---|
| STEVEN BLOMQUIST, an individual, TIMOTHY BLOWERS, an individual, THERESA CHAMBERLAIN, an individual, and SHARYL CUMMINGS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION, an Arizona Corporation,<br><br>Defendant. | Adv. No.: 4-09-ap-01257-EWH |

The Motion to Consolidate brought by Plaintiffs, Courtland Gettel and CGTS, LLC, an Arizona limited liability company in the above entitled actions having been presented to the Court, and the Court having considered any opposition filed in connection therewith and the arguments of counsel

IT IS HEREBY ORDERED that the Motion be and hereby is granted and that case numbers 4:09-ap-00524; 4:09-ap-00525 and 4:09-ap-01257 be and hereby are consolidated for hearing or trial as to all matters at issue in the actions.

IT IS FURTHER ORDERED that all further pleadings and papers filed in connection with the cases brought by Courtland Gettel and CGTS, LLC be filed contemporaneously in all three (3) of the consolidated cases and that the parties to the Steven Blomquist, et al., action, Adversary No. 4:09-ap-01257-EWH shall file their pleadings and papers only in the cases to which such pleadings and/or papers apply.

DONE THIS _____ day of December, 2009.

_____
Hon. Eileen W. Hollowell
UNITED STATES BANKRUPTCY JUDGE

STUBBS & SCHUBART, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
340 NORTH MAIN AVENUE
TUCSON, AZ 85701
(520) 623-5466

- 2 -

ORDER TO CONSOLIDATE

Case 4:09-ap-01257-EWH    Doc 9-1    Filed 12/15/09    Entered 12/15/09 14:11:23    Desc
Exhibit    Page 2 of 2